[No. 14080–9–I.   Division One.   August 18, 1986.]

BELLCO ELECTRIC & SUPPLY, INC., *Respondent*, v.
RICHARD L. WILSKEY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 83–2–13253–3, Donald D. Haley, J., entered November 16, 1983. *Affirmed* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 16098–2–I.   Division One.   August 18, 1986.]

THE STATE OF WASHINGTON, *Appellant*, v. LINDA
A. HUGHLEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00641–7, Robert C. Bibb, J., entered February 25, 1985. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 15902–0–I.   Division One.   August 18, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
A. LEITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–8–04653–0, Stephen M. Gaddis, J. Pro Tem., entered January 15, 1985. *Reversed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.